Matthew **TURNER**, Movant/Appellant,

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. ED 79670.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 7, 2002.

Raymond J. Capelovitch, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Movant, Matthew Turner, appeals the judgment on the merits denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We have

reviewed the record on appeal and the briefs of the parties and find the motion court's judgment is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).